# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: JOSE ANTONIO MATOS BURGOS

Bkrtcy. No. 11-07194-ESL

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | | |
|---|---|---|
| Petition Filing Date: Aug 29, 2011 | Meeting Date: Sep 28, 2011 | DC Track No. 2 2 |
| Days from petition date: 30 | Meeting Time: 2:00 PM | |
| 910 Days before Petition: 3/2/2009 | ☐ Chapter 13 Plan Date: Sep 07, 2011 Dkt.# 12 ✓ ☐ Amended. | |
| This is debtor(s) 2rd Bankruptcy petition. | Plan Base: $25,500.00 | |
| This is the 1st Scheduled Meeting | Confirmation Hearing Date: Nov 02, 2011 | Time: 2:00 PM |
| Payment(s) ☐ Received or ☐ Evidence shown at meeting: | Ck/MO No.   Date   Amount | Total Paid In: $0.00 |

I. **Appearances:** ☐ Telephone ☐ Video Conference    ☐ Creditor(s) present: ☒ None.
- ☒ Debtor Present   ☒ ID & Soc. OK   ☐ Debtor Absent
- ☐ Joint Debtor Present   ☐ ID & Soc. OK   ☐ Joint Debtor Absent
- Debtor(s) was/were ☒ Examined ☐ Not Examined under oath.
- Attorney for Debtor(s) ☒ Present ☐ Not Present
- ☐ Substitute attorney: Ciela Henriquez, Esq.  ☐ Pro-se.

II. Attorneys Fees as per R 2016(b) Statement   Attorney of record: **MARILYN VALDES ORTEGA***
Total Agreed: $3,000.00   Paid Pre-Petition: $161.00   Outstanding: $2,839.00 THROUGH THE PLAN

III. Trustee's will file Motion to Dismiss: ☐ For Failure to appear;   ☐ For Failure to commence payments.

IV. **Trustee's Report on Confirmation & Status of §341 Meeting**
Debtor(s) Income is (are) ☐ Under ☒ Above Median Income.   Liquidation Value: ○
Commitment Period is ☐ 36 ☒ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: ○
1.90 / The Trustee ☐ RECOMMENDS ☒ OBJECTS Plan confirmation.
§341 Meeting ☐ CONTINUED ☐ NOT HELD ☒ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for: _____

V. **Trustee's OBJECTIONS to Confirmation:**
- ☐ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
- ☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Tax returns requirements. [§1308] _____
- (1) ☒ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**
① Submit evidence of being current or DSO payments. Debtor pays her two DSO.

Amend Schedule B to list class action against the Municipality of San Juan and submit copy of complaint

/s/ José R. Carrión
Trustee        Presiding Officer        Page 1 of 2        Date: Sep 28, 2011

STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES
AND REPORT ON CONFIRMATION

Case No. 11-07194

**ADDITIONAL OBJECTIONS / COMMENTS:**

Plan must provide that any proceeds from civil action will be surrender to fund plan.

Debtor has a bank account with RG/Scotiabank. Amend Schedule B accordingly.

Debtor has a firearm, Taurus 9mm with $300.00 value.

Debtor is considering to surrender vehicle to Reliable.

Submit evidence of payment to Trustee

Trustee / Presiding Officer    Page 2 of 2    Date: Sept 28, 2011